AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

ANNE MARIE DEMARCO and LAUREN BOHN, on behalf of themselves and all others similarly situated,

*Plaintiff(s)*

v.

ANDY ARVANS RESTAURANT CORP. d/b/a SWEET HOLLOW DINER, ANDY ARVANS, an individual, and CHRISTOPHER ARVANS, an individual

*Defendant(s)*

Civil Action No. 16 Civ. 543

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Andy Arvans Restaurant Corp. d/b/a Sweet Hollow Diner - 100 Broadhollow Road, Melville, NY 11747;

Andy Arvans- 100 Broadhollow Road, Melville, NY 11747; and

Christopher Arvans - 100 Broadhollow Road, Melville, NY 11747.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shulman Kessler LLP
534 Broadhollow Road, Suite 275
Melville, New York 11747

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: ______________________

______________________
*Signature of Clerk or Deputy Clerk*