# EXHIBIT A

# CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer, Andy Arvans Restaurant Corp. d/b/a The Sweet Hollow Diner ("The Sweet Hollow Diner"), to secure any relief that may be awarded, including overtime pay, liquidated damages, attorneys' fees, costs and other relief arising out of my employment with The Sweet Hollow Diner.

2. During the past 3 years, there were occasions when I worked more than 40 hours in a week for The Sweet Hollow Diner, and I did not receive proper overtime compensation for those hours.

3. I authorize Shulman Kessler LLP to represent me in this case.

Date: 12-30-2015

[signature]
Signature

Anne Marie DeMarco
Print Name

DocuSign Envelope ID: 54C00B33-AF5C-47B9-BD24-3A850112EEA6

# CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer, Andy Arvans Restaurant Corp. d/b/a The Sweet Hollow Diner ("The Sweet Hollow Diner"), to secure any relief that may be awarded, including overtime pay, liquidated damages, attorneys' fees, costs and other relief arising out of my employment with The Sweet Hollow Diner.

2. During the past 3 years, there were occasions when I worked more than 40 hours in a week for The Sweet Hollow Diner, and I did not receive proper overtime compensation for those hours.

3. I authorize Shulman Kessler LLP to represent me in this case.

Date: 12/31/2015

DocuSigned by:
[signature]
4A9B2E73DE914E7...
Signature

Lauren Bohn
Print Name